**No. 10-7445. Johanson Watson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1305, 131 S. Ct. 1721, 179 L. Ed. 2d 650, 2011 U.S. LEXIS 2155.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1184, 131 S. Ct. 1005, 178 L. Ed. 2d 836, 2011 U.S. LEXIS 873.

**No. 10-7471. David Julius Lazaro, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1305, 131 S. Ct. 1721, 179 L. Ed. 2d 650, 2011 U.S. LEXIS 2161.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1153, 131 S. Ct. 944, 178 L. Ed. 2d 781, 2011 U.S. LEXIS 295.

**No. 10-7519. Stephanie Roberson, Petitioner v. Mississippi Insurance Guaranty Association.**

562 U.S. 1305, 131 S. Ct. 1722, 179 L. Ed. 2d 650, 2011 U.S. LEXIS 2177.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1185, 131 S. Ct. 1011, 178 L. Ed. 2d 839, 2011 U.S. LEXIS 715.

**No. 10-7639. Alfonzo Meeks, Petitioner v. North Carolina.**

562 U.S. 1305, 131 S. Ct. 1722, 179 L. Ed. 2d 650, 2011 U.S. LEXIS 2137.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1188, 131 S. Ct. 1018, 178 L. Ed. 2d 844, 2011 U.S. LEXIS 819.

**No. 10-7673. Robert David Dunn, Petitioner v. David Parker, Warden.**

562 U.S. 1305, 131 S. Ct. 1722, 179 L. Ed. 2d 650, 2011 U.S. LEXIS 2153.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1204, 131 S. Ct. 1051, 178 L. Ed. 2d 871, 2011 U.S. LEXIS 965.

**No. 10-7718. Stephen G. Conklin, Petitioner v. EMC Mortgage Corporation.**

562 U.S. 1305, 131 S. Ct. 1722, 179 L. Ed. 2d 650, 2011 U.S. LEXIS 2143.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1204, 131 S. Ct. 1053, 178 L. Ed. 2d 872, 2011 U.S. LEXIS 969.